

# NUMBER 13-18-00383-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE COLUMBIA RIO GRANDE HEALTHCARE, L.P., D/B/A RIO GRANDE REGIONAL HOSPITAL

---

## On Petition for Writ of Mandamus.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides**
**Memorandum Opinion by Justice Rodriguez[1]**

Relator Columbia Rio Grande Healthcare, L.P. d/b/a Rio Grande Regional Hospital, filed a petition for writ of mandamus in the above cause seeking to compel the trial court to (1) withdraw its June 6, 2018 order denying relator's motion to compel discovery, and (2) grant relator's motion to compel answers to discovery. This Court requested and received a response to the petition for writ of mandamus from the real

---

[1] *See* TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions); *id.* R. 52.8(d) ("When granting relief, the court must hand down an opinion as in any other case," but when "denying relief, the court may hand down an opinion but is not required to do so.").

party in interest, Elizabeth Velazquez, as natural parent and next friend of K.M., a minor. *See* TEX. R. APP. P. 52.2, 52.4, 52.8. Relator has now filed a motion to withdraw its petition for writ of mandamus on grounds that it has settled all claims pending in this original proceeding. Relator requests that this Court dismiss this original proceeding and that court costs be taxed against the party incurring same.

The Court, having examined and fully considered the motion to withdraw the petition for writ of mandamus, is of the opinion that it should be granted. Accordingly, we grant the motion to withdraw and we dismiss the petition for writ of mandamus with costs taxed against the party incurring same. We dismiss the parties' joint notice of settlement and request for stay as moot. *See* TEX. R. APP. P. 52.8(a).

NELDA V. RODRIGUEZ
Justice

Delivered and filed the
9th day of October, 2018.